# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146156

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STATE TREASURER,
          Plaintiff-Appellee,

v

                                         SC: 146156
                                         COA: 308978

DAVE A. RICHARDS,
          Defendant-Appellant,
                                         Wayne CC: 11-007488-CZ

and

CYNTHIA McCLURE a/k/a CYNTHIA
McCLURE RICHARDS, and PNC BANK, NA,
          Defendants.

_____/

      On order of the Court, the application for leave to appeal the October 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



h0617

                                Clerk